**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STEVEN BURDA, | : | No. 91 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ALLA KORENMAN, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.